UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MASHAMA HILL,

                  Plaintiff,

                                                    9:11-CV-0392
      vs.                                                 (GTS/ATB)

SEAN PATTERSON, Corr. Officer,
Upstate Corr. Facility,

                  Defendant.
_____

APPEARANCES:                                        OF COUNSEL:

MASHAMA HILL, 20729-055
  Plaintiff, *Pro Se*
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

HON. ERIC T. SCHNEIDERMAN               KEVIN P. HICKEY, ESQ.
Attorney General for the State of New York     Assistant Attorney General
  Counsel for Defendant
The Capitol
Albany, New York 12224

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

       Currently before the Court, in this *pro se* prisoner civil rights action filed by Mashama

Hill ("Plaintiff") against the above-captioned New York State correctional officer ("Defendant"),

are (1) Plaintiff's motion for summary judgment, (2) United States Magistrate Judge Baxter's

Report-Recommendation recommending that Plaintiff's motion for summary judgment be

denied, and (3) Plaintiff's Objection to the Report-Recommendation. (Dkt. Nos. 43, 59, 60.)

After carefully reviewing the relevant filings in this action, the Court can find no error in the

Report-Recommendation, clear or otherwise: Magistrate Judge Baxter employed the proper legal standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Court accepts and adopts the Report-Recommendation for the reasons stated therein. (Dkt. No. 59.)

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Baxter's Report-Recommendation (Dkt. No. 59) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's motion for summary judgment (Dkt. No. 43) is **DENIED** in its entirety.

Dated: February 24, 2014
       Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge